| | | |
|---|---|---|
| In Re Lapse in Appropriations, | * | Misc. Case No. 25-601 |
| October 1, 2025 | * | |

\* \* \* \* \* \* \* \* \* \* \*

## OMNIBUS MOTION TO STAY CIVIL CASES
## INVOLVING UNITED STATES IN LIGHT OF LAPSE IN APPROPRIATIONS

The United States of America, through undersigned counsel, Civil Chief Thomas Corcoran, hereby moves this Court for an Order staying all proceedings, dates and deadlines in the attached list of Civil cases in which the United States is a party and which are currently pending in the United States District Court for the District of Maryland. See (ECF 1-1; cases listed therein and ECF 1-2; immigration habeas petitions). For its grounds, it states as follows:

On October 1, 2025 at 12:01 AM there was a lapse of appropriations which has forced agencies of the Executive Branch, including the United States Attorney's Office for the District of Maryland and Executive agencies that the United States Attorney's Offices represents to cease all non-excepted government agency functions, including defending Civil cases pending before the Court.

WHEREFORE, the United States requests that for each case listed in the attached Exhibits (ECF 1-1 and ECF 1-2), all dates and deadlines previously set (including those relating to settlement conferences before Magistrate Judges) be stayed until the thirtieth (30th) day after the President signs legislation (i.e., continuing resolution or appropriations legislation) authorizing the expenditure of funds to operate those government agencies and functions for which appropriations had lapsed.

Further, the United States requests that before the expiration of the 30 days after the lapse in appropriations ends, it be permitted to file a proposed amended scheduling order, noting whether there is consent thereto in each case stayed.

A proposed Order to be entered case is hereby attached.

Dated:  October 1, 2025                                      Respectfully submitted,

                                                     Kelly O. Hayes
United States Attorney

By:       */s/  Thomas F. Corcoran*
Thomas F. Corcoran (Bar No. 24894)
Assistant United States Attorneys
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, Maryland  21201
Telephone: (410) 209-4800
Thomas.Corcoran@usdoj.gov