| Line # | Judge | Court Number | Caption |
|---|---|---|---|
| 1 | Abelson, Adam B. | 1:25-cv-01559-ABA | Davis v. Warden FCI Cumberland |
| 2 | Abelson, Adam B. | 23-cv-01973-ABA | Hagans v. Raimondo |
| 3 | Abelson, Adam B. | 24-cv-00183-ABA | Baize v. Physical Disability Board of Review |
| 4 | Abelson, Adam B. | 24-cv-01010-ABA | Kornegay, et al v. USA, et al |
| 5 | Abelson, Adam B. | 24-cv-01012-ABA | Thomas v. US, et al |
| 6 | Abelson, Adam B. | 24-cv-01832-ABA | Harris v. DeJoy et al. |
| 7 | Abelson, Adam B. | 25-cv-00234-ABA | Welebe v. Donis, et al. |
| 8 | Abelson, Adam B. | 25-cv-00528-ABA | HUD v. Ealy, Cecil D. and Lucille D. |
| 9 | Abelson, Adam B. | 25-cv-01265-ABA | Shariati, et al. v. Veillette, et al. |
| 10 | Abelson, Adam B. | 25-cv-01526-ABA | Coleman v USPS |
| 11 | Abelson, Adam B. | 25-cv-01537-ABA | Ngokou v. Noem, et al. |
| 12 | Abelson, Adam B. | 25-cv-01622-ABA | Dowie v Warden of FCI-Cumberland |
| 13 | Abelson, Adam B. | 25-cv-01720-ABA | Openden, et al. v. Kennedy |
| 14 | Abelson, Adam B. | 25-cv-01874-ABA | Chott v. Hunsaker |
| 15 | Abelson, Adam B. | 25-cv-01993-ABA | Bejiga v. Donis, et al. |
| 16 | Abelson, Adam B. | 25-cv-02431-ABA | T. et al. v. Edlow, et al. |
| 17 | Abelson, Adam B. | 25-cv-02594-ABA | Darc v. Noem, et al. |
| 18 | Abelson, Adam B. | 25-cv-02600-ABA | Hobbs v. USA, et al. |
| 19 | Abelson, Adam B. | 25-cv-02714-ABA | Singh v. Edlow |
| 20 | Abelson, Adam B. | 25-cv-02862-ABA | Akumawah v. Noem, et al. |
| 21 | Abelson, Adam B. | 25-cv-1417-ABA | Collins v. Nordstrom |
| 22 | Abelson, Adam B. | 25-cv-1491-ABA | Radley v. Haugh |
| 23 | Abelson, Adam B. | 25-cv-2248-ABA | Sharikhani v. Rubio, et al. |
| 24 | Abelson, Adam B. | 25-cv-2558-ABA | Rodas v. Grant, et al. |
| 25 | Abelson, Adam B. | 25-cv-2766-ABA | Morris, et al v. HUD |
| 26 | Abelson, Adam B. | 25-cv-2839-ABA | Velarde de Orbegoso, et al v. USCIS, et al. |
| 27 | Abelson, Adam B. | 25-cv-2866-ABA | Res Ipsa Media, LLC v. DOJ |
| 28 | Abelson, Adam B. | 8:23-cv-03442-ABA | Brown v. Kennedy, Jr., et al. |
| 29 | Aslan, Erin | 1:24-cv-02771-EA | Ragan v. FBI et al. |
| 30 | Aslan, Erin | 24-cv-03070-BAH | Kilchenstein v. US |
| 31 | Aslan, Erin | 25-cv-01064-EA | Thompson v. U.S. |
| 32 | Aslan, Erin | 25-cv-01097-EA | Hausner v. U.S., et al. |

| Line # | Judge | Court Number | Caption |
|---|---|---|---|
| 33 | Aslan, Erin | 25-cv-01891-EA | Jin Parada v. U.S. |
| 34 | Aslan, Erin | 25-cv-02058-EA | Thiam, et al. v. Grant, et al. |
| 35 | Aslan, Erin | 25-cv-03103-EA | Canas v. Edlow, et al. |
| 36 | Aslan, Erin | 25-cv-981-EA | Salami v. USCIS, et al. |
| 37 | Austin, Charles D. | 25-cv-02650-CDA | Saldano, et al v. Grant, et al. |
| 38 | Austin, Charles D. | 25-cv-03020-CDA | Bhullar v. Dibbins |
| 39 | Austin, Charles D. | 25-cv-2167-CDA | Gelaw v. Green, et al. |
| 40 | Bennett, Richard D. | 23-CV-01579-RDB | Govt Accountability & Oversight v. US CMS, et al |
| 41 | Bennett, Richard D. | 23-cv-01589-RDB | Govt Accountability & Oversight v U.S. CMS et al |
| 42 | Bennett, Richard D. | 23-cv-02846-RDB | Louise Trauma Center, LLC v. USCIS |
| 43 | Bennett, Richard D. | 24-cv-03668-RDB | Moore v. Department of the Army, et al |
| 44 | Bennett, Richard D. | 25-cv-00519-RDB | Harris v. U.S. |
| 45 | Bennett, Richard D. | 25-cv-1515-RDB | Byrd v. FCI Cumberland, et al. |
| 46 | Boardman, Deborah L. | 21-cv-00924-DLB | Alessa v. harker et al. |
| 47 | Boardman, Deborah L. | 23-cv-03026-DLB | Morris v. Vilsack |
| 48 | Boardman, Deborah L. | 24-cv-03600-DLB | Ariani v. U.S. Dep't of State, et al |
| 49 | Boardman, Deborah L. | 24-cv-03758-DLB | Legesse v. Donis, et al. |
| 50 | Boardman, Deborah L. | 25-cv-00201-DLB | CASA, Inc., et al v. Trump, et al |
| 51 | Boardman, Deborah L. | 25-cv-00343-DLB | Gadson v. U.S. |
| 52 | Boardman, Deborah L. | 25-cv-00373-DLB | Alward v. FCI- Cumberland |
| 53 | Boardman, Deborah L. | 25-cv-00671-DLB | Rogers v. Warden |
| 54 | Boardman, Deborah L. | 25-cv-00685-DLB | Iwuagwu v. United States of America |
| 55 | Boardman, Deborah L. | 25-cv-00688-DLB | Persad v. Naval Surface Warfare Center |
| 56 | Boardman, Deborah L. | 25-cv-02947-DLB | Doe et al v. Dept of Defense, et al. |
| 57 | Boardman, Deborah L. | 25-cv-02961-DLB | Reece v. Kendall, et al. |
| 58 | Boardman, Deborah L. | 25-cv-2364-DLB | Tracey Howard v. IRS |
| 59 | Boardman, Deborah L. | 25-cv-2479-DLB | Rasheedy v. Roark, et al. |
| 60 | Bredar, James K. | 1:25-cv-00590-JKB | Hatley v Warden |
| 61 | Bredar, James K. | 23-cv-03017-JKB | William v. Myers |
| 62 | Bredar, James K. | 25-cv-00141-JKB | McDonald v. Rokosky |
| 63 | Bredar, James K. | 25-cv-01672-JKB | Krop, et al. v. U.S., et al |
| 64 | Bredar, James K. | 25-cv-02601-JKB | Arqoub v. U.S. Dept of State |

| Line # | Judge | Court Number | Caption |
|---|---|---|---|
| 65 | Bredar, James K. | 25-CV-2034-JKB | Ibidapo v. USCIS, et al. |
| 66 | Bredar, James K. | 25-cv-2641-CDA | Louise Trauma Center v. USCIS |
| 67 | Bredar, James K. | 25-cv-2793-JKB | Dada v. Noem, et al. |
| 68 | Chasanow, Deborah K. | 24-cv-03257-DKC | Sandberg v. Mayorkas |
| 69 | Chasanow, Deborah K. | 25-cv-01218-DKC | Jet Systems, LLC v. U.S. |
| 70 | Chasanow, Deborah K. | 25-cv-01380-DKC | Mbongo v. Noem et al |
| 71 | Chasanow, Deborah K. | 25-cv-01530-DKC | Ballantine v. U.S. |
| 72 | Chasanow, Deborah K. | 25-cv-02717-DKC | Lowe, et al. v. Foroughi, et al. |
| 73 | Chasanow, Deborah K. | 25-cv-2299-DKC | Yuzhakov v. Charles River Laboratories, et al. |
| 74 | Chuang, Theodore D. | 20-cv-00845-TDC | Orellana v. U.S., et al. |
| 75 | Chuang, Theodore D. | 20-cv-02042-TDC | Catholic Legal Immigration et al v USCIS et al |
| 76 | Chuang, Theodore D. | 21-cv-02195-TDC | Decoster v. Beccera |
| 77 | Chuang, Theodore D. | 23-cv-01332-TDC | Stamps v. Cushwa |
| 78 | Chuang, Theodore D. | 23-cv-02114-TDC | Ball v. Carter |
| 79 | Chuang, Theodore D. | 23-cv-02780-TDC | Padilla v. Carter |
| 80 | Chuang, Theodore D. | 23-cv-02887-TDC | Isom v. Carter |
| 81 | Chuang, Theodore D. | 24-cv-00003-TDC | Bland v. Carter |
| 82 | Chuang, Theodore D. | 24-cv-01181-TDC | McMiller v. Carter |
| 83 | Chuang, Theodore D. | 24-cv-01699-TDC | Amos v. Shriver |
| 84 | Chuang, Theodore D. | 24-cv-02122-TDC | White v. Brown |
| 85 | Chuang, Theodore D. | 24-cv-02545-TDC | Evans v. U.S |
| 86 | Chuang, Theodore D. | 25-CV-00243-TDC | Philadelphia Yearly Meeting, et al v. USDHS |
| 87 | Chuang, Theodore D. | 25-cv-00296-TDC | Yurko v. U.S. |
| 88 | Chuang, Theodore D. | 25-cv-00494-TDC | Kameni v. USCIS, et al. |
| 89 | Chuang, Theodore D. | 25-cv-00539-TDC | HUD v. Hall, et al |
| 90 | Chuang, Theodore D. | 25-cv-00974-TDC | Delcheh v. U.S. |
| 91 | Chuang, Theodore D. | 25-cv-1484-TDC | CASA, Inc. v. Noem, et al. |
| 92 | Chuang, Theodore D. | 25-CV-1780-TDC | Teuma v. Collett, et al. |
| 93 | Chuang, Theodore D. | 25-cv-2546-TDC | McCombs v. USPS, et al. |
| 94 | Chuang, Theodore D. | 25-cv-2740-TDC | Kaur v. USCIS, et al. |
| 95 | Chuang, Theodore D. | 25-cv-2744-TDC | Rodas-Jara, et al v. Noem, et al. |
| 96 | Coulson, J. Mark | 24-cv-02639-JMC | Zanders v. Raimondo |

| Line # | Judge | Court Number | Caption |
|---|---|---|---|
| 97 | Coulson, J. Mark | 25-cv-02085-JMC | Myers v. Chavez-Ruark, et al. |
| 98 | Coulson, J. Mark | 25-cv-02794-JMC | Oyabrade v. Hayes, et al. |
| 99 | Coulson, J. Mark | 25-cv-2386-JMC | Amica Center, et al. v. USCIS |
| 100 | Coulson, J. Mark | 25-cv-2388-JMC | Seasons Hospice v. Kennedy, Jr. |
| 101 | Crawford, Chelsea J. | 24-cv-02808-CJC | Seumanu et al. v. Navy |
| 102 | Crawford, Chelsea J. | 24-cv-02923-CJC | Murphy v. U.S. |
| 103 | Crawford, Chelsea J. | 24-cv-2560-CJC | Smith v. US Marshals Service |
| 104 | Crawford, Chelsea J. | 25-cv-02729-CJC | Jones, et al. v. USCIS, et al. |
| 105 | Crawford, Chelsea J. | 25-cv-1813-CJC | Lopez v. U.S. |
| 106 | Crawford, Chelsea J. | 25-cv-2733-CJC | Gonzalez v. USCIS, et al. |
| 107 | Gallagher, Stephanie A. | 24-cv-02441-SAG | Ahmed v. Jaddou, et al. |
| 108 | Gallagher, Stephanie A. | 24-CV-03111-SAG | Mayor & City Council of Ocean City, MD v. DOI, et |
| 109 | Gallagher, Stephanie A. | 24-cv-03391-SAG | Loreson v. National Security Agency |
| 110 | Gallagher, Stephanie A. | 24-cv-03675-SAG | Christopher v. Davis, et al |
| 111 | Gallagher, Stephanie A. | 25-cv-01226-SAG | Prince v U.S. Government, et al. |
| 112 | Gallagher, Stephanie A. | 25-cv-01278-SAG | Hague v. Dejoy, et al. |
| 113 | Gallagher, Stephanie A. | 25-cv-03011-SAG | Mejia v. Noem, et al. |
| 114 | Gallagher, Stephanie A. | 25-cv-1228-SAG | Kenyatta Jr. v. DOI, et al. |
| 115 | Gallagher, Stephanie A. | 25-cv-1230-SAG | AERA, et al v. Dept. of Education, et al. |
| 116 | Gallagher, Stephanie A. | 25-cv-1524-SAG | Alas v. U.S. |
| 117 | Gallagher, Stephanie A. | 25-cv-1806-SAG | Mihrete v. Donis, et al. |
| 118 | Gallagher, Stephanie A. | 25-cv-2233-SAG | Rodriguez v. Nolan, et al. |
| 119 | Gallagher, Stephanie A. | 25-cv-2257-SAG | Martins v. Noem, et al. |
| 120 | Gallagher, Stephanie A. | 25-cv-2533-SAG | Henshaw, et al. v. Noem, et al. |
| 121 | Griggsby, Lydia Kay | 1:22-cv-03139-LKG | Herkert v. Frank Bisignano |
| 122 | Griggsby, Lydia Kay | 23-cv-01364-LKG | Ryan v. Mayorkas |
| 123 | Griggsby, Lydia Kay | 23-cv-03448-LKG | Brazell v. Shubert |
| 124 | Griggsby, Lydia Kay | 24-cv-00940-LKG | Gray v. U.S. |
| 125 | Griggsby, Lydia Kay | 24-cv-01086-LKG | Green v. Perard et al. |
| 126 | Griggsby, Lydia Kay | 24-cv-02906-LKG | Morales v. USPS |
| 127 | Griggsby, Lydia Kay | 24-cv-03319-LKG | Nosrat, et al v. Blinken, et al |
| 128 | Griggsby, Lydia Kay | 24-cv-03579-LKG | Nelson v. McDonough |

| Line # | Judge | Court Number | Caption |
|---|---|---|---|
| 129 | Griggsby, Lydia Kay | 24-cv-03779-LKG | Curtis v. USPS |
| 130 | Griggsby, Lydia Kay | 24-cv-3150-LKG | Davis v. Roskoski |
| 131 | Griggsby, Lydia Kay | 25-cv-00084-LKG | Nolasco v. USCIS |
| 132 | Griggsby, Lydia Kay | 25-cv-00885-LKG | SHC, et al. v Noem, et al. |
| 133 | Griggsby, Lydia Kay | 25-cv-01472-LKG | Doua v. Noem, et al. |
| 134 | Griggsby, Lydia Kay | 25-cv-01554-LKG | Davis v. American Red Cross, et al. |
| 135 | Griggsby, Lydia Kay | 25-cv-02371-LKG | Lien Hai Le v. Susan Dibbins |
| 136 | Griggsby, Lydia Kay | 25-cv-1182-LKG | Varmaa v. Yellen |
| 137 | Griggsby, Lydia Kay | 25-cv-1482-LKG | Perez Castro v. DHS |
| 138 | Griggsby, Lydia Kay | 25-cv-1745-LKG | Muradyan v. Schuurmans, et al. |
| 139 | Griggsby, Lydia Kay | 25-cv-2097-LKG | Goodman, et al v. Lutnick, et al. |
| 140 | Griggsby, Lydia Kay | 25-cv-2620-LKG | Birjandee v. EPA, et al. |
| 141 | Griggsby, Lydia Kay | 25-cv-2857-LKG | Miyen v. Noem, et al. |
| 142 | Griggsby, Lydia Kay | 8:25-cv-01620-LKG | Amer Assoc of Physicians for Human Rights v. NIH |
| 143 | Hollander, Ellen L. | 24-cv-3732-ELH | Route v. Becerra |
| 144 | Hollander, Ellen L. | 25-cv-00596-ELH | AFSCME, et al. v. SSA, et al. |
| 145 | Hollander, Ellen L. | 25-cv-2430-ELH | Konadu v. Nolan, et al. |
| 146 | Hurson, Brendon A. | 20-cv-03684-BAH | Harris v. Wilkie |
| 147 | Hurson, Brendon A. | 22-cv-00689-BAH | Wille et al. v. Raimondo et al. |
| 148 | Hurson, Brendon A. | 24-cv-00297-BAH | Rios-Grajales v. Garland |
| 149 | Hurson, Brendon A. | 24-cv-003192-BAH | Russell v. U.S. |
| 150 | Hurson, Brendon A. | 24-cv-02898-BAH | Chott v. Austin |
| 151 | Hurson, Brendon A. | 24-cv-3768-BAH | Aminu, et al. v. Garland, et al. |
| 152 | Hurson, Brendon A. | 25-cv-00012-BAH | Smith v. FBI |
| 153 | Hurson, Brendon A. | 25-cv-00384-BAH | Plyler v. Rokosky |
| 154 | Hurson, Brendon A. | 25-cv-00914-BAH | Ayuk-Ako v. BOP |
| 155 | Hurson, Brendon A. | 25-cv-00927-BAH | Evans, et al. v. SSA |
| 156 | Hurson, Brendon A. | 25-cv-01075-BAH | Burks v. Director of Bureau of Prisons, et al. |
| 157 | Hurson, Brendon A. | 25-cv-01681-BAH | U.S. v. Keller |
| 158 | Hurson, Brendon A. | 25-cv-01690-BAH | Jarvis v. Warden, et al. |
| 159 | Hurson, Brendon A. | 25-cv-02435-BAH | African Immigrant Rights Council v. USCIS |
| 160 | Hurson, Brendon A. | 25-cv-02497-BAH | U.S. v. Keller, III |

| Line # | Judge | Court Number | Caption |
| --- | --- | --- | --- |
| 161 | Hurson, Brendon A. | 25-cv-02659-BAH | Hatley v. Warden |
| 162 | Hurson, Brendon A. | 25-cv-02693-BAH | Fasoranti, et al. v. Grant, et al. |
| 163 | Hurson, Brendon A. | 25-cv-02713-BAH | Khalafi, et al. v. Rubio, et al. |
| 164 | Hurson, Brendon A. | 25-cv-1525-BAH | Shehadeh v. HHS |
| 165 | Hurson, Brendon A. | 25-cv-2115-BAH | Otia v. USCIS |
| 166 | Hurson, Brendon A. | 25-cv-2494-BAH | Alfayoumi v. Collett, et al. |
| 167 | Hurson, Brendon A. | 25-cv-2751-BAH | SGIM, et al. v. Kennedy Jr., et al. |
| 168 | Hurson, Brendon A. | 25-cv-573-BAH | Chen v. Noem, et al. |
| 169 | Maddox, Matthew James | 21-cv-01620-MJM | Onwudiwe v. FDA |
| 170 | Maddox, Matthew James | 21-cv-02413-MJM | PETA v. Collins et al |
| 171 | Maddox, Matthew James | 21-cv-03197-MJM | Greaney v. Wormuth |
| 172 | Maddox, Matthew James | 23-cv-03231-MJM | Street v. Wormuth |
| 173 | Maddox, Matthew James | 24-cv-00431-MJM | Stanley v. U.S. |
| 174 | Maddox, Matthew James | 24-cv-02249-MJM | Moore v. Brown (Warden) |
| 175 | Maddox, Matthew James | 24-cv-02646-MJM | Seumanu v. U.S., et al. |
| 176 | Maddox, Matthew James | 24-cv-02653-MJM | Allen v. US Government and State of MD |
| 177 | Maddox, Matthew James | 24-cv-03219-MJM | Washington v. Federal Bureau of Prisons, et al |
| 178 | Maddox, Matthew James | 24-cv-03392-MJM | Fontanez v. Peters, et al |
| 179 | Maddox, Matthew James | 25-cv-00466-MJM | Rosario v. Rokosky |
| 180 | Maddox, Matthew James | 25-cv-01323-MJM | Bock v. Sigg III, et al. |
| 181 | Maddox, Matthew James | 25-cv-01683-MJM | Nationstar Mortgage LLC v. Armstead et al |
| 182 | Maddox, Matthew James | 25-cv-01931-MJM | Bedaso v. Donis, et al. |
| 183 | Maddox, Matthew James | 25-cv-02864-MJM | Goufan v. Noem, et al. |
| 184 | Maddox, Matthew James | 25-cv-02919-MJM | Solleti v. USCIS |
| 185 | Maddox, Matthew James | 25-cv-2769-MJM | Blas v. Warden |
| 186 | Maddox, Matthew James | 25-cv-2932-MJM | Chekol v. Grant, et al. |
| 187 | Miller, Douglas R. | 23-cv-01699-DRM | Aly v. U.S. Dept of Treasuty, et al. |
| 188 | Miller, Douglas R. | 24-cv-01119-DRM | Edwards v. USA, et al |
| 189 | Quereshi , Ajmel A. | 24-cv-01236-AAQ | Woodall v. USA, et al |
| 190 | Quereshi , Ajmel A. | 24-cv-02599-AAQ | Turner v. DHS, et al |
| 191 | Quereshi , Ajmel A. | 24-cv-03184-AAQ | Hawkins v. U.S. |
| 192 | Quereshi , Ajmel A. | 24-cv-03357-AAQ | Wasson v. US |

| Line # | Judge | Court Number | Caption |
| --- | --- | --- | --- |
| 193 | Quereshi , Ajmel A. | 25-cv-00676-AAQ | Traboulay v. U.S. |
| 194 | Quereshi , Ajmel A. | 25-cv-01532-AAQ | Proctor v. Barron |
| 195 | Quereshi , Ajmel A. | 25-cv-01992-AAQ | Aga v. Donis, et al. |
| 196 | Quereshi , Ajmel A. | 25-cv-02037-AAQ | Yuzhakov v. Holdridge Nichols |
| 197 | Quereshi , Ajmel A. | 25-cv-02590-AAQ | Asahawung v. Noem, et al. |
| 198 | Quereshi , Ajmel A. | 25-cv-2010-AAQ | Mamaril v. Raimondo |
| 199 | Quereshi , Ajmel A. | 25-cv-2225-AAQ | Prather v. U.S. |
| 200 | Quereshi , Ajmel A. | 25-cv-2665-AAQ | Jones, Sr. v. Department of Veteran Affairs |
| 201 | Rubin, Julie R. | 23-cv-00836-JRR | DOL v. Protective Service Officers United |
| 202 | Rubin, Julie R. | 23-cv-01911-JRR | Lenhart v. Carter |
| 203 | Rubin, Julie R. | 23-cv-03358-JRR | Tate v. Kijakazi |
| 204 | Rubin, Julie R. | 24-cv-03384-JRR | Alward v. Rokosky |
| 205 | Rubin, Julie R. | 25-cv-00205-JRR | Williams v. EEOC, et al |
| 206 | Rubin, Julie R. | 25-cv-00523-JRR | HUD v. Bryant |
| 207 | Rubin, Julie R. | 25-cv-00578-JRR | Mbock v DHS et al |
| 208 | Rubin, Julie R. | 25-cv-00703-JRR | Miller, et al. v. Mayorkas |
| 209 | Rubin, Julie R. | 25-cv-01086-JRR | Tella v Hussey, et al. |
| 210 | Rubin, Julie R. | 25-cv-02333-JRR | Brussell v. Rokosky |
| 211 | Rubin, Julie R. | 25-cv-02347-JRR | Lucas v. Baltimore County, Maryland, et al. |
| 212 | Rubin, Julie R. | 25-cv-2107-JRR | Velasquez Hernandez v. USCIS |
| 213 | Rubin, Julie R. | 25-cv-2695-JRR | Adams v. Edlow, et al. |
| 214 | Rubin, Julie R. | 25-cv-2908-JRR | Lombardi's Pizza v. Edlow |
| 215 | Russell, George L. | 21-cv-02117-GLR | Quillen v. Cardona et al. |
| 216 | Russell, George L. | 23-cv-01448-GLR | Coles v. Warden |
| 217 | Russell, George L. | 23-CV-03367-GLR | Bland v. Carter |
| 218 | Russell, George L. | 24-CV-03394-GLR | Song v. National Institute of Aging/NIH |
| 219 | Russell, George L. | 25-cv-00057-GLR | Theodore Bryant v. Mayorkas |
| 220 | Russell, George L. | 25-cv-00327-GLR | Washington v. Federal Bureau of Prisons, et al. |
| 221 | Russell, George L. | 25-cv-01222-GLR | Smith v Driscoll |
| 222 | Russell, George L. | 25-cv-01344-GLR | Schlacter v. Dep't of State |
| 223 | Russell, George L. | 25-cv-01966-GLR | Yado v. Donis, et al. |
| 224 | Russell, George L. | 25-cv-01967-GLR | Tadesse v. Donis, et al. |

| Line # | Judge | Court Number | Caption |
|---|---|---|---|
| 225 | Russell, George L. | 25-cv-02482-GLR | Freestate Justice v. EEOC |
| 226 | Russell, George L. | 25-cv-1206-GLR | Brown v. DOI |
| 227 | Russell, George L. | 25-cv-2284-GLR | Will Sanders, et al v. Kristi Noem, et al. |
| 228 | Russell, George L. | 25-cv-2354-GLR | Key Investment Group, LLC v. Ferguson, et al. |
| 229 | Simms, Gina L. | 22-cv-02479-GLS | Thackston v. US |
| 230 | Simms, Gina L. | 23-cv-02154-GLS | Smith-Henry v. Kendall |
| 231 | Simms, Gina L. | 24-cv-01011-GLS | Turner, et al  v. Dixon, et al |
| 232 | Simms, Gina L. | 24-cv-01449-GLS | Abegaz v. US Customs & Border Patrol |
| 233 | Simms, Gina L. | 24-cv-03050-GLS | Wood v. Garland |
| 234 | Simms, Gina L. | 25-cv-00835-GLS | Moffah v. Mayorkas, et al. |
| 235 | Simms, Gina L. | 25-cv-01212-GLS | Richards, et al. v. U.S., et al. |
| 236 | Simms, Gina L. | 25-cv-01248-GLS | Davila v. U.S. |
| 237 | Simms, Gina L. | 25-cv-01313-GLS | Grady v U.S. |
| 238 | Simms, Gina L. | 25-cv-01454-GLS | Sealey v. U.S. |
| 239 | Simms, Gina L. | 25-cv-02327-GLS | Linchwe v. Grant, et al. |
| 240 | Simms, Gina L. | 25-cv-02865-GLS | Onuma v. Noem, et al. |
| 241 | Simms, Gina L. | 25-cv-2745-GLS | Mbassah v. Bondi, et al. |
| 242 | Simms, Gina L. | 25-cv-2832-GLS | Mbakwa v. Noem, et al. |
| 243 | Sullivan, Timothy J. | 23-cv-03332-TJS | Abdali v. USCIS, et al |
| 244 | Sullivan, Timothy J. | 25-cv-01007-TJS | Ngwi v. Mayorkas, et al. |
| 245 | Sullivan, Timothy J. | 25-cv-01390-TJS | Bearns et al v U.S. |
| 246 | Sullivan, Timothy J. | 25-cv-01749-TJS | Mudeh v. Noem, et. al. |
| 247 | Wang, Lisa W. | 23-cv-02317- LWW | Mani v. Becerra |
| 248 | Xinis, Paula | 23-cv-00991-PX | Kim et al. v. Petrosyan et al. |
| 249 | Xinis, Paula | 23-cv-02977-PX | Gatson v. Warden Carter |
| 250 | Xinis, Paula | 23-cv-03203-PX | De La Torre v. Becerra |
| 251 | Xinis, Paula | 23-cv-03521-PX | Russ v. Warden Carter |
| 252 | Xinis, Paula | 24-cv-00421-PX | Diallo v. Mayorkas, et al |
| 253 | Xinis, Paula | 24-cv-00777-PX | Nelson v. Del Toro |
| 254 | Xinis, Paula | 24-cv-02538-PX | Lenhart v. Biden et al. |
| 255 | Xinis, Paula | 24-cv-02718-PX | Farley v. HUD |
| 256 | Xinis, Paula | 24-cv-02935-PX | Bowie v. Rokosky |

| Line # | Judge | Court Number | Caption |
|---|---|---|---|
| 257 | Xinis, Paula | 24-cv-03268-PX | Ghorbani v. Barron, et al |
| 258 | Xinis, Paula | 24-cv-03596-PX | Prajapati v. USCIS |
| 259 | Xinis, Paula | 24-cv-03754-PX | Zewdie v. Donis, et. al |
| 260 | Xinis, Paula | 24-cv-03755-PX | Balcha v. Donis, et. al |
| 261 | Xinis, Paula | 25-cv-00587-PX | Khago v. Fink |
| 262 | Xinis, Paula | 25-cv-00736-PX | PETA v. NIH, et al. |
| 263 | Xinis, Paula | 25-CV-01320-PX | Center for Biological Diversity v NOAA |
| 264 | Xinis, Paula | 25-cv-02818-PX | Diaz, v. Grant, et al. |
| 265 | Xinis, Paula | 25-cv-02881-PX | Tang v. Kennedy |
| 266 | Xinis, Paula | 25-cv-1631-PX | Mosazghi, et al. v. USCIS, et al. |
| 267 | Xinis, Paula | 25-cv-2295-PX | EB5 Capital -Mountain Reg. Ctr., et al. v. USCIS |
| 268 | Xinis, Paula | 25-cv-790-PX | Safi v. Bondi, et al. |