| Judge | Court Number | Caption |
|---|---|---|
| Abelson, Adam B. | 25-cv-01768-ABA | Cruz-Medina v. Noem, et al. |
| Abelson, Adam B. | 25-cv-02243-ABA | Douglas v. Baker, et al. |
| Abelson, Adam B. | 25-cv-3087-ABA | Renderos v. Baker, et al. |
| Boardman, Deborah L. | 25-cv-02719-DLB | Bonilla Villalobos v. Baker et al |
| Boardman, Deborah L. | 25-cv-03107-DLB | Bojorquez v. Baker, et al. |
| Chuang, Theodore D. | 25-cv-01788-TDC | Santamaria Orellana v. Baker et al |
| Chuang, Theodore D. | 25-cv-03084-TDC | Maldonado de Leon v. Baker, et al. |
| Griggsby, Lydia Kay | 1:25-cv 03240- LKG | Lidia Yesenie Yat Salam (A247-012-028) v, Noem et al |
| Griggsby, Lydia Kay | 25-cv-01663-LKG | Melgar Hernandez v. Baker, et al |
| Griggsby, Lydia Kay | 25-cv-02513-LKG | Orellana Quintanilla v. Noem, et. al |
| Hurson, Brendon A. | 25-cv-01633-BAH | Portela Hernandez v. Trump et al |
| Hurson, Brendon A. | 25-cv-02027-BAH | Bonilla Martinez v Baker, et al. |
| Hurson, Brendon A. | 25-cv-03088-BAH | Abreu v. Bondi, et al. |
| Maddox, Matthew James | 25-cv-01862-MJM | Basurto Ojeda v. Baker |
| Rubin, Julie R. | 25-cv-01613-JRR | D.N.N., et al. v. Baker, et al. |
| Russell, George L. | 25-cv-03215-GLR | Pineda Velasquez v. Noem, et al |
| Xinis, Paula | 25-cv-03162-PX | Lazaro Lazaro v. Baker, et al. |