In Re Lapse in Appropriations,   *   Misc. Case No. 25-601

October 1, 2025   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PROPOSED ORDER- NON-SSA CASES

Upon consideration of the United States of America's Omnibus Motion for a Stay of Civil Cases in Light of Lapse of Appropriations filed in D. Md. Misc. Case No. 25-601, it is hereby

ORDERED that for each case listed in the attached Exhibits (ECF 1-1 and ECF 1-2), all dates and deadlines previously set (including those relating to settlement conferences before Magistrate Judges) be stayed until the thirtieth (30th) day after the President signs legislation (i.e., continuing resolution or appropriations legislation) authorizing the expenditure of funds to operate those government agencies and functions for which appropriations had lapsed; and it is

FURTHER ORDERED that before the expiration of the 30 days after the lapse in appropriations ends, the United States be permitted to file a proposed amended scheduling order, noting whether there is consent thereto in each case stayed.

_____

DISTRICT COURT JUDGE