| | | |
|---|---|---|
| In Re: Stay of Certain Social Security | * | Misc. Case No. 25-601 |
| Cases Owing to Lapse of Appropriations | * | |
| October 1, 2025 | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## OMNIBUS MOTION TO STAY SOCIAL SECURITY CASES INVOLVING UNITED STATES IN LIGHT OF LAPSE IN APPROPRIATIONS

The United States of America, through undersigned counsel, Civil Chief Thomas Corcoran, hereby moves this Court for an Order staying all proceedings, dates and deadlines in the attached list of Social Security Appeals in which the United States is a party and which are currently pending in the United States District Court for the District of Maryland. See (ECF No. 2-1; cases listed therein). For its grounds, it states as follows:

On October 1, 2025 at 12:01 AM there was a lapse of appropriations which has forced agencies of the Executive Branch, including the United States Attorney's Office for the District of Maryland and the Social Security Administration, to cease all non-excepted government agency functions, including defending Social Security appeals pending before the Court. See, 31 U.S.C. §1342.

WHEREFORE, the United States requests that for each case listed in the attached Exhibit (ECF No. 2-1), all dates and deadlines previously set be stayed until the thirtieth (30th) day after the President signs legislation (i.e., continuing resolution or appropriations legislation) authorizing the expenditure of funds to operate those government agencies and functions for which appropriations had lapsed.

Further, the United States requests that before the expiration of the 30 days after the lapse in appropriations ends, it be permitted to file a proposed amended scheduling order, noting whether there is consent thereto in each case stayed.

A proposed Order to be entered case is hereby attached.


Dated:  October 1, 2025                                              Respectfully submitted,

                                                                                                 Kelly O. Hayes
                                                                                                 United States Attorney

By:    */s/  Thomas F. Corcoran*
          Thomas F. Corcoran (Bar No. 24894)
          Assistant United States Attorneys
          U.S. Attorney's Office, District of Maryland
          36 S. Charles Street, Suite 400
          Baltimore, Maryland  21201
          Telephone: (410) 209-4800
          Thomas.corcoran@usdoj.gov