| Due | Due Date | Jsdx | Civ Act. No | Plaintiff | Judge |
|---|---|---|---|---|---|
| Merits Brief | 10/10/2025 | DIMD | 1:24-CV-03738 | Moore, Mark Vastin | Miller, Douglas (Mag) |
| Merits Brief | 10/24/2025 | DIMD | 1:25-CV-00076 | Crawford, Joyce Margaret | Miller, Douglas (Mag) |
| Merits Brief | 10/10/2025 | DIMD | 1:25-CV-00231 | Workman, Golden | Miller, Douglas (Mag) |
| Merits Brief | 10/6/2025 | DIMD | 1:25-CV-00345 | Bell, Marie K | Miller, Douglas (Mag) |
| Merits Brief | 10/6/2025 | DIMD | 1:25-CV-00376 | Bryant, Ashley Sharay | Miller, Douglas (Mag) |
| Merits Brief | 10/20/2025 | DIMD | 1:25-CV-00377 | Petit, Katherine Stephanie | Miller, Douglas (Mag) |
| Merits Brief | 10/24/2025 | DIMD | 1:25-CV-00416 | Kline, Melody P | Miller, Douglas (Mag) |
| Merits Brief | 10/7/2025 | DIMD | 1:25-CV-00472 | Cooper, Kanan Kordell | Miller, Douglas (Mag) |
| Merits Brief | 10/24/2025 | DIMD | 1:25-CV-00482 | Gould, Andrew Wayne | Miller, Douglas (Mag) |
| Merits Brief | 10/22/2025 | DIMD | 1:25-CV-00630 | Simmons, Wade Allan | Miller, Douglas (Mag) |
| Merits Brief | 10/7/2025 | DIMD | 1:25-CV-00644 | Druyor, Vallaree Standiford | Miller, Douglas (Mag) |
| Merits Brief | 10/7/2025 | DIMD | 1:25-CV-00645 | Robertson, Jeremy | Miller, Douglas (Mag) |
| Merits Brief | 10/9/2025 | DIMD | 1:25-CV-00674 | Caldwell, Nicolle J | Miller, Douglas (Mag) |
| Merits Brief | 10/6/2025 | DIMD | 1:25-CV-00704 | Jones, Patricia Ann | Miller, Douglas (Mag) |
| Merits Brief | 10/14/2025 | DIMD | 1:25-CV-00771 | Goodman, Crystal Lynne | Miller, Douglas (Mag) |
| Merits Brief | 10/24/2025 | DIMD | 1:25-CV-00786 | Mcelroy, Natalie Kay | Miller, Douglas (Mag) |
| Merits Brief | 10/13/2025 | DIMD | 1:25-CV-00959 | Dawson, Heath | Miller, Douglas (Mag) |
| Answers | 10/14/2025 | DIMD | 1:25-CV-02672 | Curtis, Nickie Marie | Miller, Douglas (Mag) |
| Answers | 10/14/2025 | DIMD | 1:25-CV-02678 | Green, Jennifer Renee | Miller, Douglas (Mag) |
| Answers | 10/17/2025 | DIMD | 1:25-CV-02680 | Mehra, Charu | Miller, Douglas (Mag) |
| Answers | 10/14/2025 | DIMD | 1:25-CV-02692 | Ward, Chad Wayne | Miller, Douglas (Mag) |
| Answers | 10/20/2025 | DIMD | 1:25-CV-02715 | Brossart, Stephanie | Miller, Douglas (Mag) |
| Answers | 10/20/2025 | DIMD | 1:25-CV-02735 | Walk, Terese Marie | Miller, Douglas (Mag) |
| Answers | 10/27/2025 | DIMD | 1:25-CV-02814 | Riley, Margaret Evelyn | Miller, Douglas (Mag) |
| Answers | 10/27/2025 | DIMD | 1:25-CV-02819 | Gonzales, Orion Tahigwa | Miller, Douglas (Mag) |
| Answers | 10/28/2025 | DIMD | 1:25-CV-02852 | Forde, Andrea Yvette | Miller, Douglas (Mag) |
| Answers | 10/28/2025 | DIMD | 1:25-CV-02853 | Caviness, Jason | Miller, Douglas (Mag) |
| Merits Brief | 10/6/2025 | DIMD | 8:24-CV-03658 | Oliver, Angela E. | Miller, Douglas (Mag) |
| Merits Brief | 10/6/2025 | DIMD | 8:25-CV-00803 | Smith, Jennifer Ann | Miller, Douglas (Mag) |
| Merits Brief | 10/24/2025 | DIMD | 8:25-CV-01168 | Benya, Jessica C | Miller, Douglas (Mag) |
| Merits Brief | 10/14/2025 | DIMD | 8:25-CV-01270 | Morrison, Hugh Robert | Miller, Douglas (Mag) |
| Answers | 10/21/2025 | DIMD | 8:25-CV-01888 | Gonzalez, Rafael | Miller, Douglas (Mag) |
| Answers | 10/20/2025 | DIMD | 8:25-CV-02743 | Toomer, Mirlin S | Miller, Douglas (Mag) |
| Answers | 10/21/2025 | DIMD | 8:25-CV-02761 | Smith, Shayla Nicole | Miller, Douglas (Mag) |
| Answers | 10/27/2025 | DIMD | 8:25-CV-02804 | Wenfield, Lisa Karen | Miller, Douglas (Mag) |