IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>Lapse of Appropriations on October 1, 2025 | Misc. No.: 25-601 |

**ORDER**

On October 1, 2025, the United States of America filed an omnibus motion to stay certain civil cases currently pending in this Court in which the United States is a party. ECF No. 1. The Government also filed a similar omnibus motion to stay certain Social Security Appeals cases currently pending in this Court. ECF No. 2. In support of both motions, the Government cites the lapse of appropriations beginning on October 1, 2025 at 12:01 a.m., which has forced agencies of the Executive Branch, including the United States Attorney's Office for the District of Maryland, to cease all non-excepted government agency functions.

After careful consideration, the Government's omnibus motions to stay certain civil cases, ECF No. 1, and certain Social Security Appeals cases, ECF No. 2, are DENIED. The Government is DIRECTED to file individual motions to stay in each requested case for consideration by the presiding judge. The Government is also DIRECTED to attempt to obtain the consent of other counsel prior to filing such motions and shall state therein whether the consent of other counsel has been obtained. *See* Local Rule 105.9.

It is SO ORDERED.

Dated this 2nd day of October, 2025.

    /s/ GEORGE L. RUSSELL, III
George L. Russell III, Chief Judge
United States District Court